KAEMPFER CROWELL
Robert McCoy, No. 9121
Sihomara L. Graves, No. 13239
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: rmccoy@kcnvlaw.com
Email: sgraves@kcnvlaw.com

Attorneys for Defendant American Express National Bank

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT WALTER JOHANNES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN EXPRESS NATIONAL BANK, a Foreign Entity; EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company,<br><br>Defendants. | Case No. 2:21-cv-01494-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND**<br><br>**(FIRST REQUEST)** |

Plaintiff Robert Walter Johannes ("Mr. Johannes") and defendant American Express National Bank ("Amex") stipulate that the deadline for Amex to respond to the complaint (ECF No. 1) be extended from October 10, 2021 until October 22, 2021. This is the first extension sought in connection with this deadline.

This extension is requested to permit the recently hired counsel for Amex sufficient time to investigate the allegations in the complaint and to discuss the possibility of settlement with Mr. Johannes.

| COGBURN LAW | KAEMPFER CROWELL |
|---|---|
| /s/ Erik W. Fox | |
| Jamie S. Cogburn, No. 8409 | Robert McCoy, No. 9121 |
| Erik W. Fox, No. 8804 | Sihomara L. Graves, No. 13239 |
| 2580 St. Rose Parkway, Suite 330 | 1980 Festival Plaza Drive, Suite 650 |
| Henderson, Nevada 89074 | Las Vegas, Nevada 89135 |
| Attorney for Plaintiff | Attorneys for Defendant American |
| Robert Walter Johannes | Express National Bank |

**Order**

**IT IS SO ORDERED**

**DATED:** 10:35 am, October 13, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**