| | |
|---|---|
| 1 | KAEMPFER CROWELL |
| | Robert McCoy, No. 9121 |
| 2 | Sihomara L. Graves, No. 13239 |
| | 1980 Festival Plaza Drive, Suite 650 |
| 3 | Las Vegas, Nevada 89135 |
| | Telephone:  (702) 792-7000 |
| 4 | Facsimile:  (702) 796-7181 |
| | Email: rmccoy@kcnvlaw.com |
| 5 | Email: sgraves@kcnvlaw.com |
| 6 | Attorneys for Defendant American |
| | Express National Bank |
| 7 | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| 10 | ROBERT WALTER JOHANNES, an individual, | Case No. 2:21-cv-01494-JCM-BNW |
| 11 | | |
| 12 | Plaintiff, | **STIPULATION AND ORDER TO** |
| 13 | vs. | **EXTEND DEADLINE TO RESPOND** |
| 14 | AMERICAN EXPRESS NATIONAL BANK, a Foreign Entity; EQUIFAX INFORMATION SERVICES LLC, a | **(SECOND REQUEST)** |
| 15 | Foreign Limited-Liability Company, | |
| 16 | Defendants. | |

Plaintiff Robert Walter Johannes ("Mr. Johannes") and defendant American Express National Bank ("Amex") stipulate that the deadline for Amex to respond to the complaint (ECF No. 1) be extended from October 22, 2021 until November 5, 2021.  The parties previously stipulated to extend the deadline for Amex to respond to the complaint on October 12, 2021 (ECF No. 5).

Since that time, the parties have engaged in good faith efforts to resolve this matter without the need for further litigation.  These discussions are ongoing.

Thus, this extension is requested to permit the parties to discuss the possibility of settlement without incurring additional litigation expenses.

| COGBURN LAW | KAEMPFER CROWELL |
|---|---|
| /s/ Erik W. Fox | *[signature]* |
| Jamie S. Cogburn, No. 8409<br>Erik W. Fox, No. 8804<br>2580 St. Rose Parkway, Suite 330<br>Henderson, Nevada 89074 | Robert McCoy, No. 9121<br>Sihomara L. Graves, No. 13239<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135 |
| Attorney for Plaintiff<br>Robert Walter Johannes | Attorneys for Defendant American Express National Bank |

### Order
**IT IS SO ORDERED**

**DATED:** 3:18 pm, October 26, 2021

*[signature]*

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**