COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT WALTER JOHANNES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN EXPRESS NATIONAL BANK, a Foreign Entity; EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company,<br><br>Defendant. | Case Number:<br>2:21-cv-01494-JCM-BNW<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT, AMERICAN EXPRESS NATIONAL BANK** |

Notice is hereby given that Plaintiff, Robert Walter Johannes, and Defendant, American Express National Bank, (the "Parties") have reached an agreement to settle the claims alleged in the Complaint as to Defendant American Express National Bank.

. . .

. . .

. . .

. . .

1  The Parties anticipate completing settlement documents and filing a Stipulation of
2  Dismissal with the Court within the next sixty (60) days.

3  Dated this 1st day of November, 2021.

| | |
|---|---|
| **Order**<br>IT IS ORDERED that the parties shall file dismissal documents by 1/2/2022.<br><br>IT IS SO ORDERED<br>DATED: 2:45 pm, November 02, 2021<br><br>BRENDA WEKSLER<br>UNITED STATES MAGISTRATE JUDGE | COGBURN LAW<br><br>By: /s/Erik W. Fox<br>Jamie S. Cogburn, Esq.<br>Nevada Bar No. 8409<br>Erik W. Fox, Esq.<br>Nevada Bar No. 8804<br>2580 St. Rose Parkway, Suite 330<br>Henderson, Nevada 89074<br>*Attorneys for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT, AMERICAN EXPRESS NATIONAL BANK** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 1st day of November, 2021.

☒  I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

 /s/*Katie Johnson*
An employee of Cogburn Law